No. 05–5130.  HUMPHRESS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 05–5131.  COTTON *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 05–5132.  LONGIE *v.* SPIRIT LAKE TRIBE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 05–5133.  JIMENEZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–5136.  STAFFORD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5137.  SAENZ *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–5138.  ROBERTS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 05–5139.  MITCHELL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–5140.  OLESON *v.* DENNEHY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 05–5141.  ORDUNO-MIRELES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–5142.  MILLER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5143.  RANKIN *v.* ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 05–5144.  SERRANO *v.* WASHINGTON COUNTY, OREGON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–5145.  MERRILL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–5146.  NOLAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.